**Order entered January 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01618-CV

### IN RE BRET FOREMAN, Relator

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF09-14773**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Andrea D. Plumlee, Judge of the 330th Judicial District Court, to **VACATE** her November 12, 2013 "Order Denying Motion to Transfer," which denied relator's motion to transfer venue from Dallas County to Collin County and to **ENTER** an order transferring this proceeding from Dallas County, Texas to Collin County, Texas according to the procedures set forth in Chapter 155 of the Texas Family Code.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

We **ORDER** that relator recover his costs of this original proceeding from real party in interest.

/s/     LANA MYERS
JUSTICE